IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

  v.

ROBERTO MUNOZ,

    Defendant.
                              /

No. C 12-05780 WHA

**JUDGMENT**

     For the reasons stated in the accompanying order granting in part plaintiff's application for default judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff and against defendant in the amount of $2,200.

**IT IS SO ORDERED.**

Dated: March 25, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE