United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

           Plaintiff,

  v.

ROBERTO MUNOZ,

           Defendant.

                         /

No. C 12-05780 WHA

**JUDGMENT**

      For the reasons stated in the accompanying order granting in part plaintiff's application for default judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff and against defendant in the amount of $2,200.

      **IT IS SO ORDERED.**

Dated:  March 25, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE